ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 14 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-289 |
| RONALD ALLEN | : | |
| a/k/a Smooth | : | [redacted] |

THE GRAND JURY CHARGES THAT:

COUNTS ONE - SIX

On, about, or between January 18, 2011 and April 5, 2011, in the Northern District of Georgia, the defendant, RONALD ALLEN a/k/a Smooth, having been convicted of the following felony offenses:

(1) Possession of Cocaine with Intent to Distribute, in or about 2009, in Case Number 09SC76531, in the Superior Court of Fulton County, Georgia; and

(2) Possession of Marijuana with Intent to Distribute, in or about 2009, in Case Number 09SC76531, in the Superior Court of Fulton County, Georgia; and

(2) Possession of Cocaine, in or about 2005, in Case Number 04SC20606, in the Superior Court of Fulton County, Georgia;

the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is a Bryco Arms, Model Bryco 38, .380 caliber pistol in and affecting commerce:

| COUNTS | OFFENSE DATE | FIREARM(S) | SERIAL NUMBER(S) |
|---|---|---|---|
| 1 | 01/18/2011 | (1) Bryco Arms, Model Bryco 38, .380 caliber pistol; (2) Harrington and Richardson, Model Topper M48, 12 gauge shotgun | (1)Obliterated; (2)H27421 |
| 2 | 01/20/2011 | Taurus, Model PT100 AFS, .40 caliber pistol | SSK42758 |
| 3 | 02/08/2011 | Smith & Wesson, Model SW40E, .40 caliber pistol | PBN6966 |
| 4 | 02/11/2011 | Smith & Wesson, Model 10, .38 caliber pistol | D263583 |
| 5 | 03/22/2011 | (1) Mossberg, Model 590, 12 gauge shotgun; (2) Mossberg, Model 500A, 12 gauge shotgun | (1) L313168; (2) T411764 |
| 6 | 04/05/2011 | Bryco Arms, Model Jennings Nine, 9mm pistol | 1317024 |

All in violation of Title 18, United States Code, Section 922(g).

A true BILL

Ann C Austin

FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BRENT ALAN GRAY
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303
404/581-6077
404/581-6181 (FAX)
GA Bar No. 155089

Susan Coppedge
SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303
404/581-6250
404/581-6181 (FAX)
GA Bar No. 187251